**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                     **4:96-CR-00114-WRW**

**MANUEL DAWSON**

**ORDER**

Pending is Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582(c) (Doc.

No. 41), based on the retroactive application of the crack cocaine penalty reduction imposed by

the United States Sentencing Commission, effective March 3, 2008.

Following a jury trial, Defendant was found guilty of  felon in possession of a firearm,[1]

and possession with intent to distribute cocaine base.[2]  Defendant was sentenced, on February

28, 1997, to 220 months in prison followed by 3 years supervised release.[3]

Not every person sentenced for a crack cocaine offense is eligible for consideration for a

sentence reduction.[4]  Only those persons currently serving a sentence determined or affected by a

sentencing range calculated using the drug quantity table, U.S.S.G. § 2D1.1, are potentially

eligible.  If a defendant was not sentenced based on the drug quantity table, there is no basis for

the Court to exercise its discretion to grant a sentence reduction.[5]

_____

[1]A violation of 18 U.S.C. § 922(g)(1) and § 924(e).

[2]A violation of 21 U.S.C. § 841(a)(1).

[3]Doc. No. 31.

[4]*See* U.S.S.G. § 1B1.10, Reduction in Term of Imprisonment as a Result of Amended
Guideline Range (Policy Statement) (March 3, 2008).

[5]U.S.S.G. § 1B1.10(a)(1).

1

Defendant's sentence was not determined based on the drug quantity table, but rather on his status as a "armed career criminal" under 18 U.S.C. § 924(e) and U.S.S.G. § 4B1.4.  As an "armed career criminal," Defendant's base offense level was determined by U.S.S.G. § 4B1.4(b)(3)(A).  Because the Defendant's base offense level was based on his "armed career criminal" status rather than the drug quantity table, the crack cocaine amendment does not apply.

## CONCLUSION

After reviewing the case file and based on the findings of fact and conclusions of law above, Defendant's Motion to Modify Sentence Under 18 U.S.C. § 3582(c) (Doc. No. 41) is DENIED.

IT IS SO ORDERED this 21st day of July, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE